```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     WESTERN DIVISION
```

**UNITED STATES OF AMERICA**

v.                                    CRIMINAL NO. 4:10-CR-00009-DCB
                                      CIVIL NO. 4:12-CV-00001-DCB

**PENNI TINGLE**

### ORDER

This cause is before the Court on Petitioner's Motion for Additional Time to Report Pending Consideration of § 2255 Motion [**docket entry no. 37**]. Petitioner asks this Court to extend the time for her to report to federal prison until it has ruled on her pending § 2255 Motion. The Petitioner cites no legal authority for her request, and after carefully considering said Motion, applicable statutory and case law, and being otherwise fully advised in the premises, the Court finds the Petitioner's request is without merit and should not be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the Petitioner's Motion [**docket entry no. 37**] is **DENIED**.

So **ORDERED AND ADJUDGED**, this the 9th day of January, 2012.

                              /s/ David Bramlette
                              **UNITED STATES DISTRICT JUDGE**