```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

**UNITED STATES OF AMERICA**

**v.**                        **CRIMINAL NO. 4:10-CR-00009-DCB**
                              **CIVIL NO. 4:12-CV-00001-DCB**

**PENNI TINGLE**

<u>**ORDER**</u>

This cause is before the Court on Petitioner's Motion to Amend/Correct her § 2255 Motion. Petitioner has incorrectly filed her proposed amended § 2255 motion as a motion to amend. In order for the Court to consider the merits of Petitioner's request, she must show to the Court why, in the interests of justice, her initial pleading should be amended. Fed. R. Civ. P. 15(a).

**IT IS, THEREFORE, HEREBY ORDERED** that Petitioner explain her reasons for seeking to amend her present § 2255 motion and attach the proposed amended motion as an exhibit.

So **ORDERED,** this the 1st day of March, 2012.

                                    /s/ David Bramlette
                                **UNITED STATES DISTRICT JUDGE**