IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES**                                                        **PLAINTIFF**

**VS.**                         CRIMINAL ACTION NO: 4:10-cr-9-DCB-LRA
                              CIVIL ACTION NO: 4:12-cv-1-DCB

**PENNI TINGLE**                                           **DEFENDANT**

<u>**ORDER**</u>

The Court previously entered an order deferring ruling on the pending Motion for Contempt **[docket entry no. 89]** and the Motion for Relief from Order Sealing Court File **[docket entry no. 93]**. <u>See</u> Order, ECF No. 97. Since then, it has come to the attention of the Court that according to the Southern District's internal procedures affecting the assignment of cases, it is appropriate as well as the decision of the Court to terminate these motions in the criminal case before Court and to direct the parties to refile their motions in the civil case pending before The Honorable Henry Wingate, Civil Action No. 3:15-cv-88-HTW-LRA. The motions should be refiled as of their original filing dates.

A copy of this Order has been sent to Judge Wingate's chambers.

SO ORDERED this the <u> 21st </u> day of September, 2015.

                                             <u>  s/David Bramlette         </u>
                                             UNITED STATES DISTRICT JUDGE