--

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

PENNI TINGLE

VS.   CRIMINAL NO.: 4:10cr0009
      CIVIL NO.: 4:12cv0001

UNITED STATES OF AMERICA

AND

STEVEN FARESE, SR.;
FARESE, FARESE & FARESE, P.A.   PETITIONERS

VS.

PENNI TINGLE   RESPONDENT

## ORDER GRANTING PETITIONERS' UNOPPOSED MOTION FOR PERMISSION TO FILE SEALED RECORD UNDER SEAL IN STATE COURT

Came on this day for consideration, Petitioners' Unopposed Motion for Permission to File Sealed Record Under Seal in State Court, and the Court, 1after considering the merits of said motion, finds the same is well-taken and should be granted.

It is therefore ordered, adjudged and decreed, that Petitioners' unopposed motion is granted, and that Petitioners may file the following sealed documents *under seal* in the state court proceeding commenced against them by Respondent, to-wit: Motion to Vacate under 28 U.S.C. 2255 [Doc. 36]; Motion to Amend/Correct Motion to Vacate under 28 U.S.C. 2255 [Doc. 46]; Motion to Amend/Correct Motion to Vacate under 28 U.S.C. 2255 [Doc. 49]; Exhibit List to Evidentiary Hearing held 10/10/12 [Doc. 69]; Exhibits to Hearing of 10/10/12 [Doc. 70]; and Transcript of Evidentiary Hearing [Doc. 88].

SO ORDERED, this the 30th day of   May  , 2018.

                                                                      s/David Bramlette
                                                                       DISTRICT COURT JUDGE

Prepared by:

*/s/ H. Scot Spragins*
H. SCOT SPRAGINS, MSB # 7748
Hickman, Goza & Spragins, PLLC
Post Office Drawer 668
Oxford, MS 38655-0668
sspragins@hickmanlaw.com
(662) 234-4000
Attorney for Petitioners